JOSEPH RIVAS ET AL., APPELLANTS, VS. M. L. A. BISBEE ET AL., APPELLEES.

Appeal from Circuit Court of Duval county.

*A. W. Cockrell & Son*, for Appellants.

No appearance for Appellees.

The bill in this case was filed by the appellees against the appellants.    There was decree for the complainants, and the defendants, appeal.

Appeal dismissed on praecipe of counsel for appellants.